UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TONY A. COX, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:14-cv-158 |
| v. ) | |
| ) | Judge Mattice |
| COMMISSIONER OF SOCIAL SECURITY, ) | Magistrate Judge Lee |
| ) | |
| *Defendant.* ) | |
| ) | |

# ORDER

On March 30, 2015, United States Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 8) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 10) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed timely objections to the Magistrate Judge's Report and Recommendation. (Doc. 19). However, these objections merely restate the arguments set forth in Plaintiff's Memorandum in Support of Motion for Judgment on the Pleadings, which were fully addressed in Magistrate Judge Lee's Report and Recommendation. (*Compare* Doc. 9 *with* Doc. 19; *see* Doc. 18). The Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Judgment on the Pleadings (Doc. 8) is **DENIED**;

- Defendant's Motion for Summary Judgment (Doc. 10) is **GRANTED**;

- The decision of the Commissioner is **AFFIRMED**;

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 21st day of May, 2015.

                  */s/ Harry S. Mattice, Jr.*
                  HARRY S. MATTICE, JR.
                  UNITED STATES DISTRICT JUDGE